# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANTONIO MAYS,
   Petitioner,

 v.              Case No. 06MC0018

PHIL KINGSTON, Warden,
Waupun Correctional Institution
   Respondent.

## ORDER

On March 17, 2006, Antonio Mays filed a "Request for a Stay in Filing Proposed Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254." He requests that I "stop the time to file a proper Writ of Habeas Corpus" so that he can exhaust certain claims. Petitioner has filed no other documents in the present case.

Review of the docket indicates that on April 12, 2006, Mays filed a petition pursuant to 28 U.S.C. § 2254. See Mays v. Kingston, No. 06 C 0486 (E.D. Wis. 2006). On May 8, 2006, he filed a motion to stay in case number 04 C 0486 so that he could exhaust certain claims. The motions in both the present case and in case number 04 C 0486 are identical. Because I already addressed petitioner's motion in case 04 C 0486, I will deny his request as moot and dismiss this case.

**THEREFORE, IT IS ORDERED** that petitioner's request for a stay is **DENIED** as moot and this case is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 20 day of July, 2006.

/s_____
LYNN ADELMAN
District Judge